

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00024-CR

Hector **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8869
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Herminia Torres' notification of late record is hereby noted. The reporter's record is due on July 13, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court